**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LIVE PRIMARY, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 20–11612 (MG) |

## CERTIFICATE OF SERVICE

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

1. I am over 18 years of age, reside in New York, New York and I am not a party to this proceeding.

2. On July 30, 2020, I served a copy of the *Debtor's Motion for Order Extending Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs* [Doc. No. 22] and the *Notice of Hearing on Debtor's Motion for Order Extending Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs* [Doc. No. 23], upon the parties whose names and addresses are set forth on the annexed service list by regular first-class mail, by depositing a true copies of same in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
      August 3, 2020

                                                    Paris Gyparakis

**SERVICE LIST**

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Attn: Shannon A. Scott, Esq.

ADA Artist Management
14 Bowdoin Street
Maplewood, NJ 7040

Bar Capital LLC
26 Broadway, 8th Fl.
New York, NY 10004

Buzz Ruttenberg
1101 W Monroe St, Ste 200
Chicago, IL 60607

Daniel Orenstein
92 S Oxford St, #2
Brooklyn, NY 11217

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Rd
Wayne, PA 19087

DMZ
c/o Ryerson University
350 Victoria Street
Toronto, ON M5B 2K3

Fin Tap 401k Trust
26 Broadway, 8th Fl.
New York, NY 10004

Itkowitz PLLC
*Attorneys for Broadway 26 Waterview LLC*
41 Flatbush Avenue, 1st Fl.
Brooklyn, NY 11217
Attn: Jay B. Itkowitz, Esq.

Karp Strategies
26 Broadway, 3rd Fl.
New York, NY 10004

Kaz Koltai
26 Broadway, 8th Fl.
New York, NY 10004

Kelly Noonan
49 Beverly Park Circle
Beverly Hills, CA 90210

Manhattan Concrete Systems LLC
16 West 22nd St, 12th Fl.
New York, NY 10010

Mari Hansael
26 Broadway, 8th Fl.
New York, NY 10004

MC Opportunities Fund, LP
311 South Wacker Dr, Ste 6400
Chicago, IL 60606

New York City Licensing Center
P.O. Box 4199
Church Street Station
New York, NY 10261

New York Grant Company, Inc.
29 Broadway, Ste 2222
New York, NY 10006

Nortman Holdings LLC
1300 E Woodfield Rd, Ste 150
Schaumburg, IL 60173

Pepco
561 Acorn St, Unit H
Deer Park, NY 11729

Quality Uptime Services
26 Broadway, 8th Fl.
New York, NY 10004

Sage Vertical Garden Systems, LLC
1400 E Lake Road, #105
Buffalo Grove, IL 60089

Say Bookkeeping LLC
350 Lincoln Rd, Ste 100
Miami Beach, FL 33139

Schafer and Weiner, PLLC
*Attorneys for David L. Kirshenbaum*
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Attn: Daniel J Weiner, Esq.
         Howard Borin, Esq.

Serhey Davidson Corporation
160 Broadway #1106
New York, NY 10038

Summit Monkeys LLC
1307 Kallien Court
Naperville, IL 60540

TGI Office Automation, Inc.
120 3rd Street
Brooklyn, NY 11231

WB Mason
59 Centre Street
Brockton, MA 2303