UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

LIVE PRIMARY, LLC,

Case No. 20-11612 (MG)

Chapter 11

Debtor.

-----------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES

**PLEASE TAKE NOTICE**, that PRIMARY MEMBER LLC, (the

"Creditor"), by and through its attorneys, Goldberg Weprin Finkel Goldstein LLP,

hereby files this Notice of Appearance and Request for Notices in this Title 11 case,

pursuant to 11 U.S.C § 342 and Rules 2002 and 9007 of the Federal Rules of

Bankruptcy Procedure ("Bankruptcy Rules"), and respectfully requests that all

notices given or required to be given, and all papers served or required to be served,

in this case and in all proceedings arising under or related thereto, be served upon the

following as follows:

> Goldberg Weprin Finkel Goldstein LLP
> 1501 Broadway, 22nd Floor
> New York, New York 10036
> Attn: Kevin J. Nash, Esq.
> knash@gwfglaw.com
> Attn: Neal M. Rosenbloom, Esq.
> nrosenbloom@gwfglaw.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request

includes notices and papers referred to in the Bankruptcy Rules and additionally

includes, without limitation, notices of any application, complaint, demand, hearing,

motion, pleading or request, formal or informal, whether transmitted or conveyed by

mail, telephone or otherwise.

Dated: New York, New York
        October 22, 2020

                        **GOLDBERG WEPRIN FINKEL
GOLDSTEIN LLP**
*Attorneys for Primary Member LLC*
1501 Broadway, 22nd Floor
New York, New York 10036
Tel. (212) 221-5700
Fax (212) 221-6532

By: _____
             Neal M. Rosenbloom


To:     Clerk of the Court
        United States Bankruptcy Court
        Southern District of New York
        1 Bowling Green
        New York, New York 10004-1408

        Sanford Rosen, Esq.
        Rosen & Associates P.C.
        747 Third Avenue
        New York, NY 10017-2803

        Shannon Anne Scott, Esq.
        Office of the US Trustee
        201 Varick Street
        Suite 1006
        New York, NY 10014