| | |
|---|---|
| Debtor 1 | Live Primary, LLC |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the: Southern District of New York

Case number 20-11612-MG

## Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Primary Member LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

c/o Kevin J. Nash, Esq./Goldberg Weprin Finkel
Name

1501 Broadway, 22nd Floor
Number    Street

New York       NY       10036
City           State    ZIP Code

Contact phone 212-301-6944

Contact email knash@gwfglaw.com

Where should payments to the creditor be sent? (if different)

Name

Number    Street

City           State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

| | |
|---|---|
| 6.  Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ |

| | |
|---|---|
| 7.  How much is the claim? | $_____6,436,184.00_. Does this amount include interest or other charges?<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8.  What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Loans extended to Debtor as per operating agreement |

| | |
|---|---|
| 9.  Is all or part of the claim secured? | ☑ No<br>☐ Yes.  The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property: $_____<br>Amount of the claim that is secured: $_____<br>Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition: $_____<br><br>Annual Interest Rate (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |

| | |
|---|---|
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

<table>
<tr>
<td>
12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.
</td>
<td colspan="2">
☑ No

☐ Yes. *Check one:*

    ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

    ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

    ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

    ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

    ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

    ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.
</td>
<td>
**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____
</td>
</tr>
</table>

    * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   11/02/2020
          MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | Joel Schreiber |
| | First name      Middle name      Last name |
| Title | Member |
| Company | Primary Member LLC c/o Waterbridge Capital |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 214 West 29th Street |
| | Number      Street |
| | New York        NY      10001 |
| | City           State    ZIP Code |
| Contact phone | 212-607-8134        Email js@waterbridge.com |

| Establishment & Operation Loan | |
| --- | --- |
| Principal Due | 6,131,148 |
| Interest Due | 223,752 |
| Total Due | 6,354,900 |

| Other Loans | |
| --- | --- |
| Principal Due | 62,893 |
| Interest Due | 18,391 |
| Total Due | 81,284 |

| Total Loans | |
| --- | --- |
| Principal Due | 6,194,041 |
| Interest Due | 242,143 |
| Total Due | 6,436,184 |

Live Primary LLC
Establishment & Operation Loan Detail

| Date | To | Amount | Cumulative | Interest Rate | Interest Per Day | Days | Interest Owed |
|------|------|--------|------------|---------------|------------------|------|---------------|
| 08/18/15 | Live Primary LLC | 50,000.00 | 50,000.00 | 1% | 1.37 | 58 | 79.45 |
| 10/15/15 | Live Primary LLC | 25,000.00 | 75,000.00 | 1% | 2.05 | 6 | 12.33 |
| 10/21/15 | Live Primary LLC | 84,087.49 | 159,087.49 | 1% | 4.36 | 7 | 30.51 |
| 10/28/15 | Live Primary LLC | 91,566.17 | 250,653.66 | 1% | 6.87 | 1 | 6.87 |
| 10/29/15 | Live Primary LLC | 549,397.00 | 800,050.66 | 1% | 21.92 | 18 | 394.55 |
| 11/16/15 | Live Primary LLC | 173,999.98 | 974,050.64 | 1% | 26.69 | 2 | 53.37 |
| 11/18/15 | Live Primary LLC | 137,000.00 | 1,111,050.64 | 1% | 30.44 | 6 | 182.64 |
| 11/24/15 | Live Primary LLC | 412,000.00 | 1,523,050.64 | 1% | 41.73 | 38 | 1,585.64 |
| 01/01/16 | YE 2015 Totals | 1,523,050.64 | 1,523,050.64 | | | | 2,345.36 |
| 01/01/16 | Live Primary LLC | - | 1,523,050.64 | 1% | 41.73 | 5 | 208.64 |
| 01/06/16 | Live Primary LLC | 5,000.00 | 1,528,050.64 | 1% | 41.86 | 2 | 83.73 |
| 01/08/16 | Live Primary LLC | 5,000.00 | 1,533,050.64 | 1% | 42.00 | 5 | 210.01 |
| 01/13/16 | Live Primary LLC | 50,000.00 | 1,583,050.64 | 1% | 43.37 | 2 | 86.74 |
| 01/15/16 | Live Primary LLC | 200,000.00 | 1,783,050.64 | 1% | 48.85 | 11 | 537.36 |
| 01/26/16 | Live Primary LLC | 50,000.00 | 1,833,050.64 | 1% | 50.22 | 1 | 50.22 |
| 01/27/16 | Live Primary LLC | 30,000.00 | 1,863,050.64 | 1% | 51.04 | 0 | - |
| 01/27/16 | Ylighting | 1,510.00 | 1,864,560.64 | 1% | 51.08 | 1 | 51.08 |
| 01/28/16 | Live Primary LLC | 20,000.00 | 1,884,560.64 | 1% | 51.63 | 1 | 51.63 |
| 01/29/16 | Live Primary LLC | 50,000.00 | 1,934,560.64 | 1% | 53.00 | 3 | 159.00 |
| 02/01/16 | Ferguson Enterprises | 7,449.77 | 1,942,010.41 | 1% | 53.21 | 0 | - |
| 02/01/16 | Ferguson Enterprises | 8,246.69 | 1,950,257.10 | 1% | 53.43 | 0 | - |
| 02/01/16 | Ylighting | 1,050.00 | 1,951,307.10 | 1% | 53.46 | 4 | 213.84 |
| 02/05/16 | Live Primary LLC | 190,000.00 | 2,141,307.10 | 1% | 58.67 | 0 | - |
| 02/05/16 | Live Primary LLC | 10,000.00 | 2,151,307.10 | 1% | 58.94 | 5 | 294.70 |
| 02/10/16 | Live Primary LLC | 50,000.00 | 2,201,307.10 | 1% | 60.31 | 2 | 120.62 |
| 02/12/16 | Live Primary LLC | 25,000.00 | 2,226,307.10 | 1% | 60.99 | 7 | 426.96 |
| 02/19/16 | Live Primary LLC | 25,000.00 | 2,251,307.10 | 1% | 61.68 | 3 | 185.04 |
| 02/22/16 | Live Primary LLC | 15,000.00 | 2,266,307.10 | 1% | 62.09 | 0 | - |
| 02/22/16 | Ylighting | 6,748.75 | 2,273,055.85 | 1% | 62.28 | 8 | 498.20 |
| 03/01/16 | Live Primary LLC | 25,000.00 | 2,298,055.85 | 1% | 62.96 | 3 | 188.88 |
| 03/04/16 | Live Primary LLC | 100,000.00 | 2,398,055.85 | 1% | 65.70 | 4 | 262.80 |
| 03/08/16 | Live Primary LLC | 103,185.19 | 2,501,241.04 | 1% | 68.53 | 1 | 68.53 |
| 03/09/16 | Live Primary LLC | 250,000.00 | 2,751,241.04 | 1% | 75.38 | 8 | 603.01 |
| 03/17/16 | Live Primary LLC | 10,000.00 | 2,761,241.04 | 1% | 75.65 | 8 | 605.20 |
| 03/25/16 | Live Primary LLC | 15,000.00 | 2,776,241.04 | 1% | 76.06 | 6 | 456.37 |
| 03/31/16 | Live Primary LLC | 225,000.00 | 3,001,241.04 | 1% | 82.23 | 15 | 1,233.39 |
| 04/15/16 | Live Primary LLC | 50,000.00 | 3,051,241.04 | 1% | 83.60 | 4 | 334.38 |
| 04/19/16 | Live Primary LLC | 10,000.00 | 3,061,241.04 | 1% | 83.87 | 1 | 83.87 |
| 04/20/16 | Leveldesk | 8,405.67 | 3,069,646.71 | 1% | 84.10 | 0 | - |
| 04/20/16 | Leveldesk | 2,900.87 | 3,072,547.58 | 1% | 84.18 | 2 | 168.36 |
| 04/22/16 | Live Primary LLC | 11,000.00 | 3,083,547.58 | 1% | 84.48 | 3 | 253.44 |
| 04/25/16 | Live Primary LLC | 10,000.00 | 3,093,547.58 | 1% | 84.75 | 0 | - |
| 04/25/16 | Directiview | 11,282.68 | 3,104,830.26 | 1% | 85.06 | 1 | 85.06 |
| 04/26/16 | Live Primary LLC | 10,000.00 | 3,114,830.26 | 1% | 85.34 | 6 | 512.03 |
| 05/02/16 | Live Primary LLC | 50,000.00 | 3,164,830.26 | 1% | 86.71 | 4 | 346.83 |
| 05/06/16 | Live Primary LLC | 100,000.00 | 3,264,830.26 | 1% | 89.45 | 4 | 357.79 |
| 05/10/16 | Live Primary LLC | 20,000.00 | 3,284,830.26 | 1% | 90.00 | 1 | 90.00 |
| 05/11/16 | Live Primary LLC | 10,000.00 | 3,294,830.26 | 1% | 90.27 | 2 | 180.54 |
| 05/13/16 | Live Primary LLC | 40,000.00 | 3,334,830.26 | 1% | 91.37 | 3 | 274.10 |
| 05/16/16 | Live Primary LLC | 50,000.00 | 3,384,830.26 | 1% | 92.74 | 2 | 185.47 |
| 05/18/16 | Live Primary LLC | 25,000.00 | 3,409,830.26 | 1% | 93.42 | 2 | 186.84 |
| 05/20/16 | Live Primary LLC | 25,000.00 | 3,434,830.26 | 1% | 94.10 | 21 | 1,976.20 |
| 06/10/16 | Live Primary LLC | 20,000.00 | 3,454,830.26 | 1% | 94.65 | 5 | 473.26 |
| 06/15/16 | Live Primary LLC | 245,000.00 | 3,699,830.26 | 1% | 101.37 | 199 | 20,171.68 |
| 12/31/16 | YE 2016 Totals | 2,176,779.62 | 3,699,830.26 | | | | 32,275.81 |

| Date | To | Amount | Cumulative | Interest Rate | Interest Per Day | Days | Interest Owed |
|---|---|---|---|---|---|---|---|
| 01/01/17 | Live Primary LLC | - | 3,699,830.26 | 1% | 101.37 | 348 | 35,275.09 |
| 12/15/17 | Live Primary LLC | 800,000.00 | 4,499,830.26 | 1% | 123.28 | 17 | 2,095.81 |
| 01/01/18 | YE 2017 | 800,000.00 | 4,499,830.26 | | | | 37,370.91 |
| 1/1/2018 | Live Primary LLC | - | 4,499,830.26 | 1% | 123.28 | 37 | 4,561.47 |
| 02/07/18 | Live Primary LLC | 945,674.08 | 5,445,504.34 | 1% | 149.19 | 0 | - |
| 02/07/18 | Live Primary LLC | 14,000.00 | 5,459,504.34 | 1% | 149.58 | 71 | 10,619.86 |
| 04/19/18 | Live Primary LLC | 100,000.00 | 5,559,504.34 | 1% | 152.32 | 5 | 761.58 |
| 04/24/18 | Live Primary LLC | 120,000.00 | 5,679,504.34 | 1% | 155.60 | 2 | 311.21 |
| 04/26/18 | Live Primary LLC | 75,000.00 | 5,754,504.34 | 1% | 157.66 | 12 | 1,891.89 |
| 05/08/18 | Live Primary LLC | 100,000.00 | 5,854,504.34 | 1% | 160.40 | 3 | 481.19 |
| 05/11/18 | Live Primary LLC | 25,000.00 | 5,879,504.34 | 1% | 161.08 | 6 | 966.49 |
| 05/17/18 | Live Primary LLC | 50,000.00 | 5,929,504.34 | 1% | 162.45 | 5 | 812.26 |
| 05/22/18 | Live Primary LLC | 70,121.08 | 5,999,625.42 | 1% | 164.37 | 1 | 164.37 |
| 05/23/18 | Live Primary LLC | 131,522.77 | 6,131,148.19 | 1% | 167.98 | 223 | 37,458.80 |
| 01/01/19 | YE 2018 | 1,631,317.93 | 6,131,148.19 | | | | 58,029.12 |
| 01/01/19 | Live Primary LLC | - | 6,131,148.19 | 1% | 167.98 | 365 | 61,311.48 |
| 01/01/20 | YE 2019 | - | 6,131,148.19 | | | | 61,311.48 |
| 01/01/20 | Live Primary LLC | - | 6,131,148.19 | 1% | 167.98 | 193 | 32,419.50 |
| 07/12/20 | YE 2020 | - | 6,131,148.19 | | | | 32,419.50 |

| Est. & Operation Loan Summary | |
|---|---|
| Loan Duration | 4.9 Years |
| Principal Due | 6,131,148.19 |
| Interest Due | 223,752.17 |
| Total | 6,354,900.36 |

**Other Loans**

| Period Start | Period End | Principal @ Start Period | Principal Adjustments | Principal @ End Period | Interest Rate | Interest Per Day | Days | Interest Owed |
|---|---|---|---|---|---|---|---|---|
| 01/01/18 | 06/01/18 | - | 50,000.00 | 50,000.00 | 10% | 0 | 0 | 0 |
| 06/01/18 | 06/14/18 | 50,000.00 | (1,500.00) | 48,500.00 | 10% | 14 | 13 | 178 |
| 06/14/18 | 06/28/18 | 48,500.00 | (2,500.00) | 46,000.00 | 10% | 13 | 14 | 186 |
| 06/28/18 | 07/23/18 | 46,000.00 | (50,000.00) | (4,000.00) | 10% | 13 | 25 | 315 |
| 07/23/18 | 07/25/18 | (4,000.00) | 10,000.00 | 6,000.00 | 10% | (1) | 2 | (2) |
| 07/25/18 | 07/27/18 | 6,000.00 | 10,000.00 | 16,000.00 | 10% | 2 | 2 | 3 |
| 07/27/18 | 07/31/18 | 16,000.00 | 10,000.00 | 26,000.00 | 10% | 4 | 4 | 18 |
| 07/31/18 | 08/13/18 | 26,000.00 | 20,000.00 | 46,000.00 | 10% | 7 | 13 | 93 |
| 08/13/18 | 08/13/18 | 46,000.00 | (50,000.00) | (4,000.00) | 10% | 13 | 0 | 0 |
| 08/13/18 | 08/15/18 | (4,000.00) | 50,000.00 | 46,000.00 | 10% | (1) | 2 | (2) |
| 08/15/18 | 08/27/18 | 46,000.00 | (20,000.00) | 26,000.00 | 10% | 13 | 12 | 151 |
| 08/27/18 | 08/27/18 | 26,000.00 | 20,000.00 | 46,000.00 | 10% | 7 | 0 | 0 |
| 08/27/18 | 08/31/18 | 46,000.00 | (10,000.00) | 36,000.00 | 10% | 13 | 4 | 50 |
| 08/31/18 | 08/31/18 | 36,000.00 | (40,000.00) | (4,000.00) | 10% | 10 | 0 | 0 |
| 08/31/18 | 09/06/18 | (4,000.00) | 50,000.00 | 46,000.00 | 10% | (1) | 6 | (7) |
| 09/06/18 | 09/12/18 | 46,000.00 | (25,000.00) | 21,000.00 | 10% | 13 | 6 | 76 |
| 09/12/18 | 09/18/18 | 21,000.00 | 25,000.00 | 46,000.00 | 10% | 6 | 6 | 35 |
| 09/18/18 | 11/05/18 | 46,000.00 | (5,000.00) | 41,000.00 | 10% | 13 | 48 | 605 |
| 11/05/18 | 11/14/18 | 41,000.00 | (15,000.00) | 26,000.00 | 10% | 11 | 9 | 101 |
| 11/14/18 | 03/21/19 | 26,000.00 | 3,217.88 | 29,217.88 | 10% | 7 | 127 | 905 |
| 03/21/19 | 03/22/19 | 29,217.88 | 1,674.93 | 30,892.81 | 10% | 8 | 1 | 8 |
| 03/22/19 | 04/18/19 | 30,892.81 | 165,000.00 | 195,892.81 | 10% | 8 | 27 | 229 |
| 04/18/19 | 05/17/19 | 195,892.81 | 5,000.00 | 200,892.81 | 10% | 54 | 29 | 1,556 |
| 05/17/19 | 06/20/19 | 200,892.81 | (10,000.00) | 190,892.81 | 10% | 55 | 34 | 1,871 |
| 06/20/19 | 06/26/19 | 190,892.81 | (40,000.00) | 150,892.81 | 10% | 52 | 6 | 314 |
| 06/26/19 | 07/01/19 | 150,892.81 | (150,000.00) | 892.81 | 10% | 41 | 5 | 207 |
| 07/01/19 | 07/11/19 | 892.81 | 150,000.00 | 150,892.81 | 10% | 0 | 10 | 2 |
| 07/11/19 | 08/01/19 | 150,892.81 | (5,000.00) | 145,892.81 | 10% | 41 | 21 | 868 |
| 08/01/19 | 08/29/19 | 145,892.81 | (10,000.00) | 135,892.81 | 10% | 40 | 28 | 1,119 |
| 08/29/19 | 10/07/19 | 135,892.81 | (5,000.00) | 130,892.81 | 10% | 37 | 39 | 1,452 |
| 10/07/19 | 11/12/19 | 130,892.81 | (5,000.00) | 125,892.81 | 10% | 36 | 36 | 1,291 |
| 11/12/19 | 01/23/20 | 125,892.81 | (8,000.00) | 117,892.81 | 10% | 34 | 72 | 2,483 |
| 01/23/20 | 02/11/20 | 117,892.81 | (5,000.00) | 112,892.81 | 10% | 32 | 19 | 614 |
| 02/11/20 | 03/12/20 | 112,892.81 | (10,000.00) | 102,892.81 | 10% | 31 | 30 | 928 |
| 03/12/20 | 04/22/20 | 102,892.81 | (25,000.00) | 77,892.81 | 10% | 28 | 41 | 1,156 |
| 04/22/20 | 06/08/20 | 77,892.81 | (15,000.00) | 62,892.81 | 10% | 21 | 47 | 1,003 |
| 06/08/20 | 07/12/20 | 62,892.81 | - | 62,892.81 | 10% | 17 | 34 | 586 |
| | | | 62,893 | | | | 772 | 18,391 |

| Other Loans Summary | |
|---|---|
| Loan Duration | 2.1 Years |
| Principal Due | 62,893 |
| Interest Due | 18,391 |
| Total Due | 81,284 |

9.      Capital Contributions and Loans.

9.1     Initial Capital. As of the date hereof, each Member shall have made, or shall be deemed to have made, Capital Contributions to the Company in cash in the aggregate initial amount set forth opposite the Member's name on Schedule 1 attached hereto and in accordance with their Interest.

9.2     Loans by PM. PM has agreed to lend the funds required by the Company in the form of a loan in the original principal amount of $6,000,000 (the "Loan") for the establishment and operation of two (2) shared office facilities (the "Initial Centers"), in addition to any necessary startup expenses (eg: website, marketing, branding) to be developed by the Company, provided however that the start-up expenses and costs for the first Initial Center shall not exceed $3,700,000 in the aggregate. The Loan may be memorialized by an agreement (the "Loan Agreement") and each tranche disbursement (a "Disbursement") under the Loan shall be evidenced by a promissory note made by the Company in favor of PM (the "Note" and together with the Loan Agreement; the "Loan Documents"). PM shall advance funds from the Loan within seventy-two (72) Business Hours after a request (a "Disbursement Request") from the Managers, depositing same into the Company's bank account, when such funds are requested

by the Managers' to meet the startup costs and other obligations for the Initial Centers which shall include, but not be limited to, marketing, advertising, salaries, insurance, benefits, taxes, build-out costs, permits, licenses, professional fees, furniture, fixtures and equipment, utilities, technology and goods and services from vendors required by the Initial Centers. The Disbursements shall accrue interest at one (1.0%) percent per year, compounded annually and the Loan and accrued interest shall mature and be payable only upon a Liquidity Event (as defined herein) or the Company's first underwritten public offering (an "IPO") of its Common Stock under the Securities Act of 1933.