# Balance Sheet

Live Primary LLC
As of December 31, 2018

|  | DEC 31, 2018 |
|---|---:|
| **Assets** | |
| **Current Assets** | |
| **Cash and Cash Equivalents** | |
| 26 Broadway, 3rd Floor | 478,250.82 |
| 26 Broadway, 8th Floor | 306,048.33 |
| Chase Checking xx7336 | 18,872.70 |
| Chase Saving xx5995 | 701.44 |
| Square Cash | 677.11 |
| 30th Street Account | 70,319.47 |
| **Total Cash and Cash Equivalents** | **874,869.87** |
| Bank Clearing Account | 107,230.83 |
| Prepaid Rent | 179,201.00 |
| **Total Current Assets** | **1,161,301.70** |
| **Fixed Assets** | |
| Fixed Assets:Computer Equipment | 71,307.39 |
| Fixed Assets:Accum. Dep. - Computer Equip | (1,193.61) |
| Fixed Assets:Furniture and Equipment | 214,828.66 |
| Fixed Assets:Accum. Dep. - Furn. & Equip. | (2,501.97) |
| Fixed Assets:Leasehold Improvements | 1,784,957.31 |
| Fixed Assets:Accum. Dep - Leasehold Improv. | (21,405.85) |
| Furniture & Equipment - 30th St | 16,819.08 |
| **Total Fixed Assets** | **2,062,811.01** |
| **Long Term Assets** | |
| **Construction in Progress** | |
| 3rd Floor - 26 Broadway | (600.00) |
| 3rd Floor Construction | 3,287,683.64 |
| **Total Construction in Progress** | **3,287,083.64** |
| 8th Floor - 26 Broadway | (236,810.81) |
| 30th Street Construction | 615,827.17 |
| 3rd Floor Construction TI | (1,379,000.00) |
| Security Deposit | 831,470.28 |
| **Total Long Term Assets** | **3,118,570.28** |
| **Total Assets** | **6,342,682.99** |

Balance Sheet

| | DEC 31, 2018 |
|---|---:|
| **Liabilities and Equity** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       Accounts Payable | (260.00) |
|       Business Line of Credit - Kabbage Inc. | 68,165.91 |
|       Loan Payable - Jonathan Mines | 149,325.80 |
|       Loan Payable - Kelly Noonan | 62,000.00 |
|       Loan Payable - Lisa Skye Hain | 23,500.00 |
|       Loans & Advances | 1,240,871.99 |
|       Security Deposits Collected | 325,197.33 |
|       American Express x10000 | 6,800.68 |
|       Brian & Lisa AMEX CC - 2018 | 22,910.48 |
|     **Total Current Liabilities** | **1,898,512.19** |
|     **Long Term Liabilities** | |
|       Funds from Waterbridge | 6,182,102.76 |
|     **Total Long Term Liabilities** | **6,182,102.76** |
|   **Total Liabilities** | **8,080,614.95** |
|   **Equity** | |
|     Current Year Earnings | 190,852.00 |
|     Member Contributions:Member - DO | 20,000.00 |
|     Member Distributions:Member - DO | (52,660.00) |
|     Member Contributions:Member - LSH | 68,500.00 |
|     Member Distributions:Member - LSH | (147,227.80) |
|     Retained Earnings | (1,817,396.16) |
|   **Total Equity** | **(1,737,931.96)** |
| **Total Liabilities and Equity** | **6,342,682.99** |

# Primary

## BALANCE SHEET
As of December 31, 2019

| | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       Chase Accounts | |
|         0828 - Penn Station Operating | 826.56 |
|         5995 - Chase Savings | 7.64 |
|         7336 - Downtown Operating | 237,141.27 |
|         7956 - Downtown 3rd Fl Construction | 203.00 |
|       **Total Chase Accounts** | **238,178.47** |
|       Heartland System Clearing | -3,667.75 |
|       Stripe Clearing | 4.00 |
|     **Total Bank Accounts** | **$234,514.72** |
|     Accounts Receivable | |
|       Accounts Receivable (A/R) | 80,094.51 |
|     **Total Accounts Receivable** | **$80,094.51** |
|     Other Current Assets | |
|       Prepaid Expenses | |
|         Prepaid Insurance | 2,750.00 |
|       **Total Prepaid Expenses** | 8,706.77 |
| | 11,456.77 |
|       Uncategorized Asset | 0.00 |
|       Undeposited Funds | 0.00 |
|     **Total Other Current Assets** | **$11,456.77** |
|   **Total Current Assets** | **$326,066.00** |
|   Fixed Assets | |
|     Fixed Asset Artwork | 24,204.63 |
|     Fixed Asset Computers | 62,325.39 |
|       Accumulated Depreciation | -1,193.61 |
|     **Total Fixed Asset Computers** | **61,131.78** |
|     Fixed Asset Equipment | 18,559.90 |
|     Fixed Asset Furniture & Fixtures | 292,397.45 |
|       Accumulated Depreciation | -191.86 |
|     **Total Fixed Asset Furniture & Fixtures** | **292,205.59** |
|     Fixed Asset IT Infrastructure | 154,063.50 |
|     Leasehold Improvements | 914.14 |
|       26 Broadway 3rd Floor | 3,639,029.22 |
|         3rd Floor Construction TI | -1,379,000.00 |
|       **Total 26 Broadway 3rd Floor** | **2,260,029.22** |
|       26 Broadway 8th Floor | 1,791,191.31 |
|         Accumulated Depreciation | -21,405.85 |
|       **Total 26 Broadway 8th Floor** | **1,769,785.46** |
|       Penn Station | 630,060.19 |
|     **Total Leasehold Improvements** | **4,660,789.01** |

|  | TOTAL |
|---|---|
| **Total Fixed Assets** | **$5,210,954.41** |
| Other Assets | |
|   Security Deposits | |
|     Downtown | 1,099,794.00 |
|     Penn Station | 830,295.28 |
|   **Total Security Deposits** | **1,930,089.28** |
| **Total Other Assets** | **$1,930,089.28** |
| **TOTAL ASSETS** | **$7,467,109.69** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         Accounts Payable (A/P) | 654,728.18 |
|       **Total Accounts Payable** | **$654,728.18** |
|       Credit Cards | |
|         American Express | |
|           1004 - Delta Skymiles | 0.00 |
|           1008 - Delta Skymiles | 0.00 |
|           8154 - Bank of America | 0.00 |
|         **Total American Express** | **0.00** |
|         Chase Cards | |
|           6590 - Chase Ink | 187.70 |
|           6700 - Chase Ink Visa | 32.66 |
|         **Total Chase Cards** | **220.36** |
|         Other Cards | |
|           0086 - Capital One Quicksilver | 4,965.18 |
|           1937 - Barclay | 0.00 |
|           1980 - UBS Visa Signature | 18,533.09 |
|           5779 - Discover | 0.00 |
|           7330 - Citi Diamond Preferred | 0.00 |
|           Paypal LOC | 3,829.27 |
|         **Total Other Cards** | **27,327.54** |
|         Store Cards | |
|           2575 - Crate & Barrel | 0.00 |
|           5903 - West Elm | 0.00 |
|           7563 - Brand Smart | 0.00 |
|         **Total Store Cards** | **0.00** |
|       **Total Credit Cards** | **$27,547.90** |
|       Other Current Liabilities | |
|         Accrued Expenses | 0.00 |
|         Accrued Interest | 15,309.74 |
|         Delya Zaitova | 0.00 |
|         Disputed Transactions | 0.00 |
|         Loan Payable | |
|           Fundera Loan | 142.73 |
|           Kabbage LOC | -855.70 |
|           Kapitus Loan (formerly Strategic) | 0.00 |
|           Square Capital | 11,957.85 |

|                                     | TOTAL          |
|-------------------------------------|----------------|
| **Total Loan Payable**              | **11,244.88**  |
| NorthStar Leasing                   | 1,052.68       |
| Other Current Liabilities           | 6,660.00       |
| Sales Tax Payable                   | -1,898.95      |
| Security Deposits Held              |                |
|   Downtown                | 718,782.85     |
|   Penn Station            | 265,066.68     |
| **Total Security Deposits Held**    | **983,849.53** |
| Short-Term Loan Payable             |                |
|   Eric Barron Inc Loan    | 0.00           |
|   Franklin Funding Group LLC | 0.00        |
|   GTR Source Loan         | 0.00           |
|   I-Style LLC             | 0.00           |
|   Lampros Polatidis       | 27,168.26      |
|   Two Three Zone Dedicated| 0.00           |
| **Total Short-Term Loan Payable**   | **27,168.26**  |
| Unearned Revenue                    | 14,869.32      |
|   4Catalyzer              | 0.00           |
|   Above Average           | 0.00           |
|   Amanda Watts            | 0.00           |
|   Armory Square Ventures  | 0.00           |
|   Arora                   | 4,800.00       |
|   Big League Finance      | 0.00           |
|   ChartIQ                 | 0.00           |
|   Cohley                  | 2,975.00       |
|   Cornerstone Mgmt        | 3,995.00       |
|   DMZ                     | 0.00           |
|   EES Financial           | 0.00           |
|   Four Sigmatic           | 0.00           |
|   GTR Source LLC          | 12,500.00      |
|   Healthcare Inc.         | 0.00           |
|   Homa Zaryouni           | 0.00           |
|   Nucleus Marketing       | 0.00           |
|   Nylas                   | 0.00           |
|   Reboot Investing        | 0.00           |
|   Solidus Labs            | 0.00           |
|   Spitfire Strategies     | 48,000.00      |
|   Stockking Holdings Inc  | 57.72          |
|   Street Cred             | 0.00           |
|   Thankview LLC           | 0.00           |
|   The Intern Group        | 0.00           |
|   Tobii Technology Inc    | 0.00           |
|   Valiant Consulting      | 504.00         |
|   Valiant Pictures        | 0.00           |
|   Xignite                 | 0.00           |
| **Total Unearned Revenue**          | **87,701.04**  |
| **Total Other Current Liabilities** | **$1,131,087.18** |
| **Total Current Liabilities**       | **$1,813,363.26** |
| Long-Term Liabilities               |                |

|  | TOTAL |
|---|---|
| Convertible Notes | |
|   A&J Popcorn Holdings, LLC | 100,000.00 |
|   Arjun Dhamija | 150,000.00 |
|   Balkin Family LP, LLC | 200,000.00 |
|   Bryan Schwartz | 49,250.00 |
|   Buzz Ruttenberg | 250,000.00 |
|   Charles Dann Family Trust | 50,000.00 |
|   David & Helaine Sherwyn | 50,000.00 |
|   David Kirshenbaum | 100,000.00 |
|   David Ritter LLC | 50,000.00 |
|   FLF Investor LLC | 200,000.00 |
|   Ivyconnect Inc | 850.00 |
|   Jeffrey A Hechtman | 100,000.00 |
|   Jeffrey A Wellek | 50,000.00 |
|   Jeffrey G Langenbach | 100,000.00 |
|   Josh Goldberg | 50,000.00 |
|   Lampros Polatidis | 350,000.00 |
|   Leslie Imber | 50,000.00 |
|   Mandell Ventures LLC | 100,000.00 |
|   Marcy P Kahan | 50,000.00 |
|   MC Opportunities Fund | 237,250.00 |
|   Neal Price | 46,925.00 |
|   Nortman Holdings | 281,100.00 |
|   Robert Dann (Dann Trust) | 48,700.00 |
|   Summit Monkeys LLC | 400,000.00 |
|   Two Three Zone | 85,000.00 |
|     Accrued Repayment | -10,000.00 |
|   **Total Two Three Zone** | **75,000.00** |
| **Total Convertible Notes** | **3,139,075.00** |
| Long Term Loan Payable | |
|   Bar Capital Loan #1 | 100,000.00 |
|   Bar Capital Loan #2 | 150,000.00 |
|   Carl Skokowski | 0.00 |
|   Danny Orenstein | 202,000.00 |
|   Kelly Noonan | 40,916.48 |
|   Nathan Shultz | 0.00 |
|   Shareholder Note Payable - LSH | 235,438.20 |
|   Waterbridge Loan | 6,277,102.76 |
| **Total Long Term Loan Payable** | **7,005,457.44** |
| **Total Long-Term Liabilities** | **$10,144,532.44** |
| **Total Liabilities** | **$11,957,895.70** |
| Equity | |
|   Opening Balance Equity | -1,457,938.00 |
|   Retained Earnings | -1,909,067.91 |
|   Net Income | -1,123,780.10 |
| **Total Equity** | **$ -4,490,786.01** |
| **TOTAL LIABILITIES AND EQUITY** | **$7,467,109.69** |