# Form 1065 — U.S. Return of Partnership Income

**Department of the Treasury — Internal Revenue Service**
For calendar year 2019, or tax year beginning _____, ending _____
▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

OMB No. 1545-0123

**2019**

- **A** Principal business activity: REAL ESTATE
- **B** Principal product or service: Office Space
- **C** Business code number: 531120
- Name of partnership: **LIVE PRIMARY LLC**
- Number, street, and room or suite no.: 70 WASHINGTON ST
- City or town, state or province, country, and ZIP or foreign postal code: Brooklyn, NY 11201
- **D** Employer identification number: _____
- **E** Date business started: 07/27/2015
- **F** Total assets: $ 3,089,170

**G** Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
**H** Check accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 3
**J** Check if Schedules C and M-3 are attached ☐
**K** Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes  (2) ☐ Grouped activities for section 469 passive activity purposes

Caution: Include only trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

### Income

| Line | Description | Amount |
|---|---|---:|
| 1a | Gross receipts or sales | 4,446,560 |
| 1b | Returns and allowances |  |
| 1c | Balance. Subtract line 1b from line 1a |  |
| 2 | Cost of goods sold (attach Form 1125-A) | 209,107 |
| 3 | Gross profit. Subtract line 2 from line 1c |  |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) |  |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040 or 1040-SR)) |  |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 1,796 |
| 7 | Other income (loss) (attach statement) |  |
| 8 | Total income (loss). Combine lines 3 through 7 | 4,239,249 |

### Deductions (see instructions for limitations)

| Line | Description | Amount |
|---|---|---:|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 436,397 |
| 10 | Guaranteed payments to partners |  |
| 11 | Repairs and maintenance | 102,274 |
| 12 | Bad debts |  |
| 13 | Rent | 3,727,085 |
| 14 | Taxes and licenses | 39,790 |
| 15 | Interest (see instructions) | 360,254 |
| 16a | Depreciation (if required, attach Form 4562) — 1,544,478 |  |
| 16b | Less depreciation reported on Form 1125-A and elsewhere on return |  |
| 16c |  | 1,544,478 |
| 17 | Depletion (Do not deduct oil and gas depletion.) |  |
| 18 | Retirement plans, etc. |  |
| 19 | Employee benefit programs |  |
| 20 | Other deductions (attach statement) — See Statement 1 | 1,499,377 |
| 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | 7,709,655 |
| 22 | Ordinary business income (loss). Subtract line 21 from line 8 | -3,470,406 |

### Tax and Payment

| Line | Description | Amount |
|---|---|---:|
| 23 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) |  |
| 24 | Interest due under the look-back method—income forecast method (attach Form 8866) |  |
| 25 | BBA AAR imputed underpayment (see instructions) |  |
| 26 | Other taxes (see instructions) |  |
| 27 | Total balance due. Add lines 23 through 26 |  |
| 28 | Payment (see instructions) |  |
| 29 | Amount owed. If line 28 is smaller than line 27, enter amount owed |  |
| 30 | Overpayment. If line 28 is larger than line 27, enter overpayment |  |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member  Date

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

### Paid Preparer Use Only

| | |
|---|---|
| Print/Type preparer's name | Beverly Holmes |
| Preparer's signature | Beverly Holmes |
| Date | 10/15/20 |
| Check if self-employed | ☐ |
| PTIN | P00186724 |
| Firm's name ▶ | Beverly Holmes CPA PC |
| Firm's EIN ▶ | 45-3816376 |
| Firm's address ▶ | 11 Long Key, Hitchcock, TX 77563-3691 |
| Phone no. | 631-848-0571 |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2019)

DAA

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p | | | | | -3,470,406 |
| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
| a | General partners | | | -1,683,147 | | | |
| b | Limited partners | | | -1,787,259 | | | |

## Schedule L — Balance Sheets per Books

| | Assets | (a) | (b) Beginning of tax year | (c) | (d) End of tax year |
|---|---|---|---|---|---|
| 1 | Cash | | 57,579 | | 232,957 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets  See Stmt 4 | | 2,430,654 | | 2,540,933 |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments | | | | |
| 9a | Buildings and other depreciable assets | 7,725,591 | | 8,295,052 | |
| b | Less accumulated depreciation | 6,435,294 | 1,290,297 | 7,979,772 | 315,280 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets | | | | |
| 14 | Total assets | | 3,778,530 | | 3,089,170 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities  See Stmt 5 | | 980,547 | | 1,418,430 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | 8,108,476 | | 10,457,706 |
| 20 | Other liabilities | | | | |
| 21 | Partners' capital accounts | | -5,310,493 | | -8,786,966 |
| 22 | Total liabilities and capital | | 3,778,530 | | 3,089,170 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -2,266,663 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize) See Stmt 6 | 1,721 | | a Tax-exempt interest $ | |
| | | 1,721 | | | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): | | | a Depreciation $   1,212,232 | |
| a | Depreciation $ | | | | 1,212,232 |
| b | Travel and entertainment $  6,768 | | 8 | Add lines 6 and 7 | 1,212,232 |
| | | 6,768 | 9 | Income (loss) (Analysis of Net Income | |
| 5 | Add lines 1 through 4 | -2,258,174 | | (Loss), line 1). Subtract line 8 from line 5 | -3,470,406 |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -5,310,493 | 6 | Distributions: a Cash | |
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | | | |
| 3 | Net income (loss) per books | -2,266,663 | 7 | Other decreases (itemize): See Stmt 7 | |
| 4 | Other increases (itemize): | | | 1,209,810 | 1,209,810 |
| | | | 8 | Add lines 6 and 7 | 1,209,810 |
| 5 | Add lines 1 through 4 | -7,577,156 | 9 | Balance at end of year. Subtract line 8 from line 5 | -8,786,966 |

| | | | | | |
|---|---|---|---|---|---|
| Form **1065** | | **U.S. Return of Partnership Income** | | OMB No. 1545-0123 | |
| Department of the Treasury Internal Revenue Service | | For calendar year 2018, or tax year beginning , ending ▶ Go to www.irs.gov/Form1065 for instructions and the latest information. | | **2018** | |

| A Principal business activity | Name of partnership | D Employer identification number |
|---|---|---|
| REAL ESTATE | LIVE PRIMARY LLC | |
| B Principal product or service | Number, street, and room or suite no. If a P.O. box, see the instructions. | E Date business started |
| Office Space | 70 WASHINGTON ST | 07/27/2015 |
| C Business code number | City or town, state or province, country, and ZIP or foreign postal code | F Total assets (see the instructions) |
| 531120 | Brooklyn  NY 11201 | $ 3,778,530 See Statement 1 |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☒ Amended return
H Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶
I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 3
J Check if Schedules C and M-3 are attached ☐

Caution: Include only trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| | | | | |
|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | 1,657,060 |
| | b | Returns and allowances | 1b | |
| | c | Balance. Subtract line 1b from line 1a | 1c | |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | 57,955 |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| | 7 | Other income (loss) (attach statement)   See Statement 2 | 7 | |
| | 8 | Total income (loss). Combine lines 3 through 7 | 8 | |
| Deductions (see instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | 538,553 |
| | 10 | Guaranteed payments to partners | 10 | |
| | 11 | Repairs and maintenance | 11 | 41,199 |
| | 12 | Bad debts | 12 | |
| | 13 | Rent | 13 | 705,451 |
| | 14 | Taxes and licenses | 14 | |
| | 15 | Interest (see instructions) | 15 | 185,653 |
| | 16a | Depreciation (if required, attach Form 4562) | 16a | 6,055,945 |
| | b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | |
| | | | 16c | 6,055,945 |
| | 17 | Depletion (Do not deduct oil and gas depletion.) | 17 | |
| | 18 | Retirement plans, etc. | 18 | |
| | 19 | Employee benefit programs | 19 | |
| | 20 | Other deductions (attach statement)   See Statement 3 | 20 | 695,001 |
| | 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | 21 | 8,221,802 |
| | 22 | Ordinary business income (loss). Subtract line 21 from line 8 | 22 | -4,127,371 |
| Tax and Payment | 23 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 23 | |
| | 24 | Interest due under the look-back method—income forecast method (attach Form 8866) | 24 | |
| | 25 | BBA AAR imputed underpayment (see instructions) | 25 | |
| | 26 | Other taxes (see instructions) | 26 | |
| | 27 | Total balance due. Add lines 23 through 27 | 27 | |
| | 28 | Payment (see instructions) | 28 | |
| | 29 | Amount owed. If line 28 is smaller than line 27, enter amount owed | 29 | |
| | 30 | Overpayment. If line 28 is larger than line 27, enter overpayment | 30 | |

Sign Here: Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Beverly Holmes | Beverly Holmes | 10/14/20 | | P00186724 |
| | Firm's name ▶ BEVERLY HOLMES CPA PC | | | Firm's EIN ▶ 45-3816376 | |
| | Firm's address ▶ 11 Long Key Hitchcock, TX 77563-3691 | | | Phone no. 631-848-0571 | |

For Paperwork Reduction Act Notice, see separate instructions.  Form **1065** (2018)
DAA

## Analysis of Net Income (Loss)

| 1 | Net Income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p | | 1 | -4,127,371 |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | -2,001,775 | | | |
| b Limited partners | | | -2,125,596 | | | |

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1 Cash | | 874,870 | | 57,579 |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement)  See Stmt 5 | | 938,701 | | 2,430,654 |
| 7a Loans to partners (or persons related to partners) | | | | |
| b Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | 4,729,260 | | 7,725,591 | |
| b Less accumulated depreciation | 714,761 | 4,014,499 | 6,435,294 | 1,290,297 |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach statement) | | | | |
| 14 Total assets | | 5,828,070 | | 3,778,530 |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach statement)  See Stmt 6 | | 354,908 | | 2,218,995 |
| 18 All nonrecourse loans | | | | |
| 19a Loans from partners (or persons related to partners) | | | | |
| b Mortgages, notes, bonds payable in 1 year or more | | 6,995,367 | | 6,870,028 |
| 20 Other liabilities (attach statement) | | | | |
| 21 Partners' capital accounts | | -1,522,205 | | -5,310,493 |
| 22 Total liabilities and capital | | 5,828,070 | | 3,778,530 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The partnership may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | 1,753,193 | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a Tax-exempt interest $ | | |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): | | a Depreciation $ 5,897,436 | | |
| a Depreciation $ | | | | 5,897,436 |
| b Travel and entertainment $ 16,872 | | 8 Add lines 6 and 7 | | 5,897,436 |
| | 16,872 | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | -4,127,371 |
| 5 Add lines 1 through 4 | 1,770,065 | | | |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | -1,522,205 | 6 Distributions: a Cash | | |
| 2 Capital contributed: a Cash | | b Property | | |
| b Property | | 7 Other decreases (itemize):  See Stmt 7  5,541,481 | | 5,541,481 |
| 3 Net income (loss) per books | 1,753,193 | | | |
| 4 Other increases (itemize): | | 8 Add lines 6 and 7 | | 5,541,481 |
| 5 Add lines 1 through 4 | 230,988 | 9 Balance at end of year. Subtract line 8 from line 5 | | -5,310,493 |