UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------X  
In re:  

LIVE PRIMARY LLC  

                          Debtor.  
------------------------------------------------------------X  

Hearing Date and Time:  
February 4, 2021 at 2:00 p.m.  

Chapter 11  

Case No. 20-11612 (MG)  

| | | **PRIMARY MEMBER LLC**<br>**TRIAL EXHIBIT LIST** |
|---|---|---|
| 1. | 1/25/21 | Declaration of Joel Schreiber in Opposition to Motion to Reclassify and/or Disallow Claim |
| 2. | 11/4/20 | Proof of Claim #8 $6,436,184.00 - Primary Member LLC |
| 3. | 7/28/15 | Limited Liability Company Agreement - Primary LLC (prior to name change) |
| 4. | 12/15/17 | First Amendment to Limited Liability Company Agreement - Live Primary LLC |
| 5. | 6/14/19 | First Amended and Restated Limited Liability Company Agreement - Live Primary LLC |
| 6. | 6/30/16 | Financial Statement Balance Sheet - Live Primary LLC |
| 7. | 12/31/18 | Financial Statement Balance Sheet - Live Primary LLC |
| 8. | 12/31/19 | Financial Statement Balance Sheet - Live Primary LLC |
| 9. | 12/13/18 | Balance Sheet (from tax return) - Live Primary LLC |
| 10. | 12/31/19 | Balance Sheet (from tax return) - Live Primary LLC |
| 11. | 12/20/17 | Lisa Hain Email - re: Debt to Primary Member LLC |
| 12. | 12/28/21 | Transcript of Lisa Sky Hain ó Examination Before Trial |

Dated: New York, New York  
       January 30, 2021  

                                        GOLDBERG WEPRIN FINKEL  
                                        GOLDSTEIN LLP  
                                        *Attorneys for Primary Member LLC*  
                                        1501 Broadway, 22nd Floor  
                                        New York, New York 10036  
                                        (212) 221-5700  

                                        By:    /s/ Neal M. Rosenbloom  
                                                Neal M. Rosenbloom  
                                                A Member of the Firm