# Evidentiary Hearing Exhibit List

| No. | Date | Document/Description | PM Bate Stamp # | Stip to Admit |
|---|---|---|---|---|
|  |  | **Debtor and Noteholder Exhibits** |  |  |
| 1 | 11.04.20 | Proof of Claim filed by Primary Member, LLC Claim#8 |  | Y |
| 2 | 01.25.21 | Waterbridge Capital Website as of January 25, 2021 |  | Y |
| 3 | 7.28.15 | Limited Liability Company Agreement of Primary, LLC dated as of July 28, 2015 (1st Operating Agreement) |  | Y |
| 4 | 12.15.17 | First Amendment to Limited Liability Company Agreement of Live Primary, LLC dated as of December 15, 2017 (2nd Operating Agreement) |  | Y |
| 5 | 06.14.19 | First Amended & Restated Limited Liability Company Agreement of Live Primary, LLC (3rd Operating Agreement) | 15-66 | Y |
| 6 | 7.28.15 | LLCA of Primary Member, LLC | 115-136 | Y |
| 7 | 5.15.15 | Email string between Skye Hain and Schrieber | 209 | Y |
| 8 | 8.19.15 | Email string between Skye Hain and Schrieber | 258 | Y |
| 9 | 10.07.15 | Email string between Skye Hain and Schrieber | 280 | Y |
| 10 | 10.08.15 | Email string between Skye Hain and Schrieber | 281 | Y |
|  |  | Projected Expense Report 10-01-15 -- 10-31-15 (part of 10) | 282 | Y |
| 12 |  | Use of Funds Report (part of 10) | 283 | Y |
| 13 | 11.9.15 | Email string between Skye Hain and Schrieber | 318 – 319 | Y |
| 14 | 12.30.15 | Email string between Skye Hain and Schrieber | 335 | Y |
| 15 | 01.17.16 | Email string between Skye Hain and Schrieber | 340 | Y |
| 16 | 01.15.16 | Email string between Skye Hain and Schrieber | 342 | Y |
| 17 | 01.18.16 | Email string between Skye Hain and Schrieber | 343 | Y |
| 18 | 01.23.16 | Email string between Skye Hain and Schrieber | 349 – 350 | Y |
| 19 | 01.25.16 | Email string between Skye Hain and Schrieber | 354 | Y |
| 20 | 01.28.16 | Email string between Skye Hain and Schrieber | 358 | Y |
| 21 | 02.26.16 | Email string between Skye Hain and Schrieber | 365 | Y |
| 22 | 02.26.16 | Email string between Skye Hain and Schrieber | 387 | Y |
| 23 | 02.26.16 | Email string between Skye Hain and Schrieber | 388 | Y |

{00888170.1}

| | | | | |
|---|---|---|---|---|
| 24 | 02.26.16 | Email string between Skye Hain and Schrieber | 390 | Y |
| 25 | 03.07.16 | Letter to Joel Schreiber dated March 7, 2016 | 403 | Y |
| 26 | 04.01.16 | Email string between Skye Hain and Schrieber | 455 – 459 | Y |
| 27 | 04.19.16 | Email string between Skye Hain and Schrieber | 497 | Y |
| 28 | 04.22.16 | Email string between Skye Hain and Schrieber | 511 | Y |
| 29 | 04.25.16 | Email string between Skye Hain and Schrieber | 516 | Y |
| 30 | 04.25.16 | Email string between Skye Hain and Schrieber | 531 | Y |
| 31 | 5.3.16 | Email string between Skye Hain and Schrieber | 547 | Y |
| 32 | 8.1.16 | Email string between Skye Hain and Schrieber | 629 | Y |
| 33 | 8.24.16 | Email string between Skye Hain and Schrieber | 654 | |
| 34 | 9.21.16 | Email string between Skye Hain and Feldman | 874 | |
| 35 | 9.24.16 | Email string between Skye Hain and Schrieber | 885 | Y |
| 36 | 9.16 | Draft Loan Agreement and Promissory Note to Kelly Noonan | 886 – 889 | Y |
| 37 | 9.24.16 | Email string between Skye Hain and Schrieber | 891 | Y |
| 38 | 10.4.17 | Email string between Skye Hain and Schrieber | 1202 – 1204 | |
| 39 | 2.1.18 | Email string between Skye Hain and Schrieber | 1217 | Y |
| 40 | 4.12.18 | Email string between Skye Hain and Schrieber | 1231 | |
| 41 | 5.16.18 | Email string between Skye Hain and Schrieber | 1247 | Y |
| 42 | 6.8.18 | Email string between Skye Hain and Schrieber | 1269 | Y |
| 43 | 6.19.18 | Email string between Skye Hain and Schrieber | 1273 | Y |
| 44 | 6.22.18 | Email string between Skye Hain and Fundera | 1274 - 1275 | Y |
| 45 | 7.19.18 | Email string between Skye Hain and Scarlo | 1294 - 1297 | |
| 46 | 12.31.18 | Balance Sheet (Exhibit 2 Skye Hain Deposition) | | Y |
| 47 | Jan-Apr. 19 | Live Primary Statement of Cash Flows (LP009793-009794 | | Y |
| 48 | 11.9.20 | Debtor's Plan of Reorganization | | Y |
| 49 | 07.11.19 | Email string between Skye Hain and Schrieber | | |
| 50 | 09.19.19 | Email string between Skye Hain and Schrieber | | Y |
| 51 | 01.25.21 | Schreiber Declaration | | Y |
| 52 | 01.25.21 | Skye Hain Declaration | | Y |
| 53 | 1.28.21 | Skye Hain Deposition Transcript | | |
| 54 | 1.27.21 | Joel Schreiber Deposition Transcript | | |

{00888170.1}

|   |          | **Primary Member, LLC Exhibits**                                                                                                                   |   |   |
|---|----------|----------------------------------------------------------------------------------------------------------------------------------------------------|---|---|
| 1 | 1.25.21  | Schreiber Declaration                                                                                                                              |   | Y |
| 2 | 11.4.20  | Proof of Claim filed by Primary Member, LLC Claim #8                                                                                               |   | Y |
| 3 | 7.28.15  | Limited Liability Company Agreement of Primary, LLC dated as of July 28, 2015 (1st Operating Agreement)                                            |   | Y |
| 4 | 12.15.17 | First Amendment to Limited Liability Company Agreement of Live Primary, LLC dated as of December 15, 2017 (2nd Operating Agreement)                |   | Y |
| 5 | 6.14.19  | First Amended & Restated Limited Liability Company Agreement of Live Primary, LLC (3rd Operating Agreement)                                        |   | Y |
| 6 | 6.30.16  | Financial Statement Balance Sheet - Live Primary LLC                                                                                               |   | Y |
| 7 | 12.31.18 | Financial Statement Balance Sheet - Live Primary LLC                                                                                               |   | Y |
| 8 | 12.31.19 | Financial Statement Balance Sheet - Live Primary LLC                                                                                               |   | Y |
| 9 | 12.13.19 | Balance Sheet (from tax return) - Live Primary LLC                                                                                                 |   | Y |
| 10| 12.31.19 | Balance Sheet (from tax return) - Live Primary LLC                                                                                                 |   | Y |
| 11| 12.20.17 | Lisa Hain Email - re: Debt to Primary Member LLC                                                                                                   |   | Y |
| 12| 12.28.21 | Transcript of Lisa Sky Hain – Examination Before Trial                                                                                             |   |   |