**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LIVE PRIMARY, LLC,<br><br>　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 20–11612 (MG) |

**STIPULATION AND ORDER ADMITTING INTO EVIDENCE EXHIBITS FOR**
**EVIDENTIARY HEARING ON**
**OBJECTION TO CLAIM No. 8 OF PRIMARY MEMBER, LLC**

　　　　　This Stipulation is entered into by and among: Live Primary, LLC (the "**Debtor**"), Primary Member, LLC ("**PM**"), and David Kirshenbaum as Investor Representative for the Noteholders (the "**Noteholders"**) (collectively, the "**Parties**"):

　　　　　1.　　The Parties stipulate to the admission of Debtor's and Noteholders' joint Exhibits 1-32, 35-37, 39, 41-44, 46-48 and 50-52 filed at Docket No. 111.

　　　　　2.　　The Parties stipulate to the admissions of PM's Exhibits 1-11 filed at Docket No. 116.

　　　　　3.　　Attached is the Parties' combined Exhibit list, indicating which Exhibits have been admitted by stipulation.

　　　　　4.　　The Parties stipulate to the admission of the following portions of the deposition transcript of Lisa Skye Hain, Debtor's and Noteholder's Exhibit 53 filed at Docket No. 112:

　　　　　　　　a.　Page 4, Lines 8-24

　　　　　　　　b.　Page 11, Lines 3-5

　　　　　　　　c.　Page 13, Lines 5-22

　　　　　　　　d.　Page 14, Lines 5-12

　　　　　　　　e.　Page 18, Lines 3-18

  f. Page 24, Lines 12-24

  g. Page 25, Lines 1-5

  h. Page 27, Lines 18-24

  i. Page 28, Lines 1-12

  j. Page 30, Lines 16-24

  k. Page 32, Lines 12-19

  l. Page 33, Lines 19-34

  m. Page 34, Lines 13-24

  n. Page 37, Lines 4-9

  o. Page 40, Lines 10-20

  p. Page 45, Lines 13-20

  q. Page 46, Lines 6-16

  r. Page 49, Lines 2-15

  s. Page 50, Lines 16-21

  t. Page 51, Lines 4-20

  u. Page 57, Lines 4-19

  v. Page 59, Lines 11-18

  w. Page 60, Lines 7-15

  x. Page 61, Lines 22-24

  y. Page 62, Lines 1-12

  z. Page 64, Lines 1-16

  aa. Page 65, Lines 11-22

  bb. Page 67, Lines 1-14

20-11612-mg    Doc 124    Filed 02/09/21    Entered 02/09/21 09:12:12    Main Document
Pg 3 of 9

cc. Page 67, Lines 19-24

dd. Page 68, Lines 1-3

ee. Page 69, Lines 22-24

ff. Page 70, Lines 13-24

gg. Page 72, Lines 17-22

hh. Page 73, Lines 21-24

ii. Page 74, Lines 1-2

jj. Page 78, Lines 20-24

kk. Page 79, Lines 1-21

ll. Page 80, Lines 10-23

mm. Page 82, Lines 18-23

nn. Page 91, Lines 17-24

oo. Page 92, Lines 1-22

pp. Page 93, Lines 3-9

qq. Page 93, Lines 17-20

rr. Page 94, Lines 3-8

ss. Page 96, Lines 19-21

tt. Page 100, Lines 21-24

uu. Page 101, Line 1

vv. Page 102, Lines 17-24

ww. Page 103, Lines 1-2

xx. Page 103, Lines 2-24

yy. Page 104, Lines 1-9

    zz. Page 105, Lines 7-10

    aaa.    Page 110, Lines 4-24

    bbb.    Page 111, Lines 1-7

    ccc.    Page 112, Lines 17-24

    ddd.    Page 114, Lines 10-20

    eee.    Page 117, Lines 1-10

    fff. Page 118, Lines 8-24

    ggg.    Page 119, Lines 1-4

    hhh.    Page 129, Lines 4-18

    iii. Page 142, Lines 16-19

    jjj. Page 143, Lines 3-10

    kkk.    Page 161, Lines 5-18

    lll. Page 162, Lines 8-11

    mmm.

5.    The Parties stipulate to the admission of the following portions of the deposition transcript of Joel Schreiber, Debtor's and Noteholder's Exhibit 54, filed at Docket No. 113:

    a. Page 16, Lines 3-9

    b. Page 22, Lines 12-15, 21-22

    c. Page 26, Lines 6-25

    d. Page 27, Lines 1-10

    e. Page 28, Lines 13-25

      f. Page 31, Lines 14-22

      g. Page 45, Line 12 through Page 47, Line 25

      h. Page 73, Line 11 through Page 74, Line 15

      i. Page 103, Lines 7-16

      j. Page 103, Lines 18-23

      k. Page 108, Lines 6-9

      l. Page 112, Lines 8-16

| | |
|---|---|
| Dated: Bloomfield Hills, Michigan<br>February 8, 2021 | Dated: New York, New York<br>February 8, 2021 |
| David Kirshenbaum as Investor<br>Representative for the Noteholders<br>By his Attorneys<br>Schafer & Weiner, PLLC<br>By: | Live Primary, LLC, the Debtor<br>By its Attorneys<br>Rosen & Associates, P.C.<br>By: |
| /s/ Daniel J. Weiner<br>DANIEL J. WEINER, ESQ.<br>A Member of the Firm<br>40950 Woodward Avenue, Suite 100<br>Bloomfield Hills, MI 48304<br>(248)540-3340<br>dweiner@shaferandweiner.com | /s/ Sanford P. Rosen<br>SANFORD P. ROSEN, ESQ.<br>A Member of the Firm<br>747 Third Avenue, 20th Floor<br>New York, New York 10017<br>(212) 223-1100<br>srosen@rosenpc.com |

Dated: New York, New York
February 8, 2021

Primary Member, LLC
By its Attorneys
Goldberg Weprin Finkel
Goldstein LLP
By:

/s/ Kevin Nash_____
KEVIN NASH, ESQ.
A Member of the Firm
1501 Broadway, 22$_{nd}$ Floor
New York, New York 10036
(212) 221-5700
knash@gwfglaw.com


**SO ORDERED.**

Dated: February 9, 2021
New York, New York

                                             **/s/ Martin Glenn_____**
MARTIN GLENN
United States Bankruptcy Judge

# Evidentiary Hearing Exhibit List

| No. | Date | Document/Description | PM Bate Stamp # | Stip to Admit |
|---|---|---|---|---|
|  |  | **Debtor and Noteholder Exhibits** |  |  |
| 1 | 11.04.20 | Proof of Claim filed by Primary Member, LLC Claim#8 |  | Y |
| 2 | 01.25.21 | Waterbridge Capital Website as of January 25, 2021 |  | Y |
| 3 | 7.28.15 | Limited Liability Company Agreement of Primary, LLC dated as of July 28, 2015 (1st Operating Agreement) |  | Y |
| 4 | 12.15.17 | First Amendment to Limited Liability Company Agreement of Live Primary, LLC dated as of December 15, 2017 (2nd Operating Agreement) |  | Y |
| 5 | 06.14.19 | First Amended & Restated Limited Liability Company Agreement of Live Primary, LLC (3rd Operating Agreement) | 15-66 | Y |
| 6 | 7.28.15 | LLCA of Primary Member, LLC | 115-136 | Y |
| 7 | 5.15.15 | Email string between Skye Hain and Schrieber | 209 | Y |
| 8 | 8.19.15 | Email string between Skye Hain and Schrieber | 258 | Y |
| 9 | 10.07.15 | Email string between Skye Hain and Schrieber | 280 | Y |
| 10 | 10.08.15 | Email string between Skye Hain and Schrieber | 281 | Y |
|  |  | Projected Expense Report 10-01-15 -- 10-31-15 (part of 10) | 282 | Y |
| 12 |  | Use of Funds Report (part of 10) | 283 | Y |
| 13 | 11.9.15 | Email string between Skye Hain and Schrieber | 318 – 319 | Y |
| 14 | 12.30.15 | Email string between Skye Hain and Schrieber | 335 | Y |
| 15 | 01.17.16 | Email string between Skye Hain and Schrieber | 340 | Y |
| 16 | 01.15.16 | Email string between Skye Hain and Schrieber | 342 | Y |
| 17 | 01.18.16 | Email string between Skye Hain and Schrieber | 343 | Y |
| 18 | 01.23.16 | Email string between Skye Hain and Schrieber | 349 – 350 | Y |
| 19 | 01.25.16 | Email string between Skye Hain and Schrieber | 354 | Y |
| 20 | 01.28.16 | Email string between Skye Hain and Schrieber | 358 | Y |
| 21 | 02.26.16 | Email string between Skye Hain and Schrieber | 365 | Y |
| 22 | 02.26.16 | Email string between Skye Hain and Schrieber | 387 | Y |
| 23 | 02.26.16 | Email string between Skye Hain and Schrieber | 388 | Y |

| | | | | |
|---|---|---|---|---|
| 24 | 02.26.16 | Email string between Skye Hain and Schrieber | 390 | Y |
| 25 | 03.07.16 | Letter to Joel Schreiber dated March 7, 2016 | 403 | Y |
| 26 | 04.01.16 | Email string between Skye Hain and Schrieber | 455 – 459 | Y |
| 27 | 04.19.16 | Email string between Skye Hain and Schrieber | 497 | Y |
| 28 | 04.22.16 | Email string between Skye Hain and Schrieber | 511 | Y |
| 29 | 04.25.16 | Email string between Skye Hain and Schrieber | 516 | Y |
| 30 | 04.25.16 | Email string between Skye Hain and Schrieber | 531 | Y |
| 31 | 5.3.16 | Email string between Skye Hain and Schrieber | 547 | Y |
| 32 | 8.1.16 | Email string between Skye Hain and Schrieber | 629 | Y |
| 33 | 8.24.16 | Email string between Skye Hain and Schrieber | 654 | |
| 34 | 9.21.16 | Email string between Skye Hain and Feldman | 874 | |
| 35 | 9.24.16 | Email string between Skye Hain and Schrieber | 885 | Y |
| 36 | 9.16 | Draft Loan Agreement and Promissory Note to Kelly Noonan | 886 – 889 | Y |
| 37 | 9.24.16 | Email string between Skye Hain and Schrieber | 891 | Y |
| 38 | 10.4.17 | Email string between Skye Hain and Schrieber | 1202 – 1204 | |
| 39 | 2.1.18 | Email string between Skye Hain and Schrieber | 1217 | Y |
| 40 | 4.12.18 | Email string between Skye Hain and Schrieber | 1231 | |
| 41 | 5.16.18 | Email string between Skye Hain and Schrieber | 1247 | Y |
| 42 | 6.8.18 | Email string between Skye Hain and Schrieber | 1269 | Y |
| 43 | 6.19.18 | Email string between Skye Hain and Schrieber | 1273 | Y |
| 44 | 6.22.18 | Email string between Skye Hain and Fundera | 1274 - 1275 | Y |
| 45 | 7.19.18 | Email string between Skye Hain and Scarlo | 1294 - 1297 | |
| 46 | 12.31.18 | Balance Sheet (Exhibit 2 Skye Hain Deposition) | | Y |
| 47 | Jan-Apr. 19 | Live Primary Statement of Cash Flows (LP009793-009794 | | Y |
| 48 | 11.9.20 | Debtor's Plan of Reorganization | | Y |
| 49 | 07.11.19 | Email string between Skye Hain and Schrieber | | |
| 50 | 09.19.19 | Email string between Skye Hain and Schrieber | | Y |
| 51 | 01.25.21 | Schreiber Declaration | | Y |
| 52 | 01.25.21 | Skye Hain Declaration | | Y |
| 53 | 1.28.21 | Skye Hain Deposition Transcript | | |
| 54 | 1.27.21 | Joel Schreiber Deposition Transcript | | |

8

|   |   | **Primary Member, LLC Exhibits** |   |   |
|---|---|---|---|---|
|   |   |   |   |   |
| 1 | 1.25.21 | Schreiber Declaration |   | Y |
| 2 | 11.4.20 | Proof of Claim filed by Primary Member, LLC Claim #8 |   | Y |
| 3 | 7.28.15 | Limited Liability Company Agreement of Primary, LLC dated as of July 28, 2015 (1st Operating Agreement) |   | Y |
| 4 | 12.15.17 | First Amendment to Limited Liability Company Agreement of Live Primary, LLC dated as of December 15, 2017 (2nd Operating Agreement) |   | Y |
| 5 | 6.14.19 | First Amended & Restated Limited Liability Company Agreement of Live Primary, LLC (3rd Operating Agreement) |   | Y |
| 6 | 6.30.16 | Financial Statement Balance Sheet - Live Primary LLC |   | Y |
| 7 | 12.31.18 | Financial Statement Balance Sheet - Live Primary LLC |   | Y |
| 8 | 12.31.19 | Financial Statement Balance Sheet - Live Primary LLC |   | Y |
| 9 | 12.13.19 | Balance Sheet (from tax return) - Live Primary LLC |   | Y |
| 10 | 12.31.19 | Balance Sheet (from tax return) - Live Primary LLC |   | Y |
| 11 | 12.20.17 | Lisa Hain Email - re: Debt to Primary Member LLC |   | Y |
| 12 | 12.28.21 | Transcript of Lisa Sky Hain – Examination Before Trial |   |   |